PROB 35                 **ORDER TERMINATING PROBATION**
                              **PRIOR TO EXPIRATION DATE**

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: 1:07CR00212-04** |
| ) | |
| **MARIA ELENA SERRANO** ) | |
| ) | |

On October 5, 2009, the above-named was placed on probation for a period of 36 months. She has complied with the rules and regulations of supervision. On November 14, 2011, Assistant United States Attorney Kathleen Servatius submitted written documentation to the United States Probation Office advising that there is no objection to an early termination of supervision in this case. It is accordingly recommended that she be discharged from supervision.

                                          Respectfully submitted,

                                          /s/ Marlene K. DeOrian

                                          **MARLENE K. DeORIAN**
                                  **Senior United States Probation Officer**

Dated:         January 12, 2012
                Fresno, California
                mkd/car

**REVIEWED BY:**    /s/ Hubert J. Alvarez
                           **HUBERT J. ALVAREZ**
                           **Supervising United States Probation Officer**

Re: **SERRANO, Maria Elena**
    **Docket Number: 1:07CR00212-04**
    **ORDER TERMINATING PROBATION**
    **PRIOR TO EXPIRATION DATE**

## ORDER OF COURT

It is ordered that the probationer, Maria Elena Serrano, be discharged from probation, and that the proceedings in the case be terminated.

Attachment: Recommendation
cc: United States Attorney's Office
    FLU Unit, AUSA's Office
    Fiscal Clerk, Clerk's Office

IT IS SO ORDERED.

Dated:   January 17, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE